

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,          )
                                       )   No. CR-06-70217 PVT
13              Plaintiff,             )
                                       )   [PROPOSED] ORDER EXCLUDING
14         v.                          )   TIME
                                       )
15  GILBERT AGUILAR,                   )
                                       )
16              Defendant.             )
                                       )
17                                     )
                                       )
18  _____)

19        This matter came on calendar April 4, 2006, for defendant's initial appearance on the
20  indictment from the Western District of Texas. This Court determined that defendant was not
21  eligible for representation by the Federal Public Defender and ordered him to obtain counsel. The
22  Court then placed this matter on calendar for identification of counsel on April 7, 2006. However,
23  on that date, defendant appeared without having obtained counsel and asked the Court for more time
24  to do so. Whereupon the Court continued this matter for further identification of counsel on April
25  13, 2006. Therefore, good cause appearing, IT IS HEREBY ORDERED that the period of delay
26  from and including April 4, 2006, to and including April 13, 2006, is excluded for purposes of
27  Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and
28  3161(h)(8)(B)(iv). This exclusion provides defendant continuity of counsel and reasonable time

1  necessary for defense counsel's effective preparation. As such, the Court finds that the ends of
2  justice outweigh the interest of the public and the defendant in a speedy trial.

4  DATED: 4/11/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

Distribute to:

Gilbert Aguilar

Matthew Harris
United States Attorney's Office
280 South First Street, Suite 371
San Jose, California 95113

CR 06-70217 PVT [Proposed] Order Excluding Time 2